| | |
|---|---|
| 1 | Claudia Center, State Bar No. 158255 |
| | Jinny Kim, State Bar No. 208953 |
| 2 | Rachael Langston, State Bar No. 257950 |
| | THE LEGAL AID SOCIETY – EMPLOYMENT LAW CENTER |
| 3 | 180 Montgomery St, Suite 600 |
| | San Francisco, CA  94104 |
| 4 | Phone: (415) 864-8848 |
| 5 | Facsimile: (415) 593-0096 |

Attorneys for Plaintiff
Arturo Sanchez Hernandez

PETER B. MARETZ, SBN 144826
MEGHAN ASHLEY WHARTON, SBN 250498
STOKES ROBERTS & WAGNER
600 West Broadway, Suite 1150
San Diego, CA 92101
Telephone: (619) 232-4261
Facsimile: (619) 232-4840

Attorneys for Defendants Kimpton Hotel and Restaurant Group, LLC; KMS/Fisherman's Wharf Limited Partnership; and KHP Legacy Hotels, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO SANCHEZ HERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>KIMPTON HOTEL AND RESTAURANT GROUP, LLC; KMS/FISHERMAN'S WHARF LIMITED PARTNERSHIP, KHP LEGACY HOTELS, LLC, dba TUSCAN INN AND CAFÉ PESCATORE; and DOES TWO through TWENTY, inclusive,<br><br>Defendants. | No.: CV 11 5532 CRB<br>**ORDER**<br>**STIPULATION TO CONTINUE MAY 4, 2012 CASE MANAGEMENT CONFERENCE AND JUNE 7, 2012 MEDIATION DEADLINE** |

1    The Parties in the above-entitled action jointly submit this Case Management Statement
2    and Proposed Order and request the Court to adopt it as the Case Management Order in this case.
3    WHEREAS, this Court scheduled a Case Management Conference in the above
4    referenced matter for May 4, 2012 at 8:30 a.m.
5    WHEREAS, counsel for Defendants has a prior commitment out of state, and is,
6    therefore, unavailable to attend the Case Management Conference on May 4, 2012.
7    WHEREAS, the parties have agreed to continue the Case Management Conference until
8    June 29, 2012, at 8:30 a.m. (the next known available date) or to a date and time convenient to
9    the Court.
10   WHEREAS, the parties deadline to complete private mediation is June 7, 2012.
11   WHEREAS, the parties agree that the private mediation deadline should be continued
12   until after the pending Case Management Conference, and shall be reset at the pending Case
13   Management Conference.
14   THEREBY, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:
15   1.  The Case Management Conference currently scheduled for May 4, 2012 at 8:30 a.m.
16   is continued until __June 29, 2012_____ at _____8:30 a .m.
17   2.  The parties' deadline for completing private mediation is vacated.
18   So stipulated,

Dated: May 1, 2012         Rachael Langston
                           THE LEGAL AID SOCIETY—EMPLOYMENT
                           LAW CENTER

                           By:  /s/ Rachael Langston
                                RACHAEL LANGSTON
                                Attorney for Plaintiff
                                ARTURO SANCHEZ HERNANDEZ

STIPULATION TO CONTINUE MAY 4, 2012 CASE
MANAGEMENT CONFERENCE AND JUNE 6, 2012
MEDIATION DEADLINE

Dated: May 1, 2012

Meghan Ashley Wharton
STOKES ROBERTS & WAGNER

By: /s/ Meghan Ashley Wharton
PETER B. MARETZ
MEGHAN ASHLEY WHARTON
Attorney for Defendants
KIMPTON HOTEL AND RESTAURANT GROUP, LLC; KMS/FISHERMAN'S WHARF LIMITED PARTNERSHIP, KHP LEGACY HOTELS, LLC, dba TUSCAN INN AND CAFÉ PESCATORE

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: _____ May 1 _____, 2012

By: _____
The Honorable Charles R. Breyer
United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*

STIPULATION TO CONTINUE MAY 4, 2012 CASE MANAGEMENT CONFERENCE AND JUNE 6, 2012 MEDIATION DEADLINE