Claudia Center, State Bar No. 158255
Jinny Kim, State Bar No. 208953
Rachael Langston, State Bar No. 257950
THE LEGAL AID SOCIETY – EMPLOYMENT LAW CENTER
180 Montgomery St, Suite 600
San Francisco, CA  94104
Phone: (415) 864-8848
Facsimile: (415) 593-0096

Attorneys for Plaintiff
Arturo Sanchez Hernandez

PETER B. MARETZ, SBN 144826
MEGHAN ASHLEY WHARTON, SBN 250498
STOKES ROBERTS & WAGNER
600 West Broadway, Suite 1150
San Diego, CA  92101
Telephone:  (619) 232-4261
Facsimile:  (619) 232-4840

Attorneys for Defendants Kimpton Hotel and Restaurant Group, LLC;  KMS/Fisherman's Wharf Limited Partnership; and KHP Legacy Hotels, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARTURO SANCHEZ HERNANDEZ,<br><br>            Plaintiff,<br><br>      v.<br><br>KIMPTON HOTEL AND RESTAURANT GROUP, LLC; KMS/FISHERMAN'S WHARF LIMITED PARTNERSHIP, KHP LEGACY HOTELS, LLC, dba TUSCAN INN AND CAFÉ PESCATORE; and DOES TWO through TWENTY, inclusive,<br><br>            Defendants. | No.:  CV 11 5532 CRB<br><br>**STIPULATION AND  ORDER TO CONTINUE SEPTEMBER 28, 2012 CASE MANAGEMENT CONFERENCE** |

STIPULATION AND [PROPOSED] ORDER TO CONTINUE SEPTEMBER 28, 2012 CASE MANAGEMENT CONFERENCE

1     The Parties in the above-entitled action jointly submit this Stipulation and Proposed Order and request the Court to adopt it as the Order in this case.

    WHEREAS, this Court scheduled a Further Case Management Conference in the above referenced matter for September 28, 2012 at 8:30 a.m.

    WHEREAS, the Parties are in communication and are engaging in settlement discussions in an effort to resolve this suit;

    WHEREAS, the Parties have selected a mediator for this matter and scheduled a private mediation to occur on October 24, 2012;

    WHEREAS, the Parties have agreed to continue the Further Case Management Conference until after the mediation has taken place, to November 9, 2012 at 8:30 a.m. or to a date and time convenient to the Court;

    THEREBY, the Parties stipulate to and respectfully request a continuance of the upcoming Case Management conference from September 28, 2012 to November 9, 2012; the Joint Case Management statement would be due on November 2, 2012.  The Parties will use the intervening period to participate in the scheduled private mediation and negotiate in good faith to try and resolve the lawsuit.

Respectfully submitted,

Dated: September 19, 2012

    Rachael Langston
    THE LEGAL AID SOCIETY—EMPLOYMENT LAW CENTER

    By:  /s/ Rachael Langston
         RACHAEL LANGSTON
         Attorney for Plaintiff
         ARTURO SANCHEZ HERNANDEZ

STIPULATION AND [PROPOSED] ORDER TO CONTINUE SEPTEMBER 28, 2012 CASE MANAGEMENT CONFERENCE

1  Dated: September 19, 2012                Meghan Ashley Wharton
                                            STOKES ROBERTS & WAGNER
2
3                                           By:    /s/ Meghan Ashley Wharton
                                                  PETER B. MARETZ
4                                                 MEGHAN ASHLEY WHARTON
                                                  Attorney for Defendants
5                                                 KIMPTON HOTEL AND RESTAURANT
                                                  GROUP, LLC; KMS/FISHERMAN'S
6                                                 WHARF LIMITED PARTNERSHIP, KHP
                                                  LEGACY HOTELS, LLC, dba TUSCAN
7                                                 INN AND CAFÉ PESCATORE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE SEPTEMBER 28, 2012 CASE
MANAGEMENT CONFERENCE

**ORDER**

For good cause shown and pursuant to the Stipulation of the Parties, it is hereby ordered that the Case Management Conference will be continued and shall be held on November 9, 2012 in the event that the parties are not able to successfully settle the case. The parties shall file a Joint Case Management Conference Statement at least one week prior to the Conference.

Dated:  September 24, 2012



_____
THE HONORABLE CHARLES R. BREYER
United States District Judge