Claudia Center, State Bar No. 158255
Jinny Kim, State Bar No. 208953
Rachael Langston, State Bar No. 257950
THE LEGAL AID SOCIETY – EMPLOYMENT LAW CENTER
180 Montgomery St, Suite 600
San Francisco, CA 94104
Phone: (415) 864-8848
Facsimile: (415) 593-0096

Attorneys for Plaintiff
Arturo Sanchez Hernandez

PETER B. MARETZ, SBN 144826
MEGHAN ASHLEY WHARTON, SBN 250498
STOKES ROBERTS & WAGNER
600 West Broadway, Suite 1150
San Diego, CA 92101
Telephone: (619) 232-4261
Facsimile: (619) 232-4840

Attorneys for Defendants Kimpton Hotel and Restaurant Group, LLC; KMS/Fisherman's Wharf Limited Partnership; and KHP Legacy Hotels, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO SANCHEZ HERNANDEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KIMPTON HOTEL AND RESTAURANT GROUP, LLC; KMS/FISHERMAN'S WHARF LIMITED PARTNERSHIP, KHP LEGACY HOTELS, LLC, dba TUSCAN INN AND CAFÉ PESCATORE; and DOES TWO through TWENTY, inclusive,<br><br>　　　　Defendants. | No.: CV 11 5532 CRB<br><br>~~SUBSEQUENT JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED]~~ ORDER<br><br>DATE: November 9, 2012<br>TIME: 8:30 a.m.<br>JUDGE: Hon. Charles Breyer<br>Courtroom 6 |

SUBSEQUENT JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER　　　　Page 1

1  The parties to the above-entitled action jointly submit this Subsequent Case Management
2  Statement and Proposed Order.
3  The parties hereby notify the Court that they have reached a settlement in this matter.
4  On October 24, 2012, the parties participated in a private mediation. On October 26,
5  2012, the parties reached a provisional settlement agreement. At this time, the parties are in the
6  process of drafting and negotiating the terms of the settlement agreement and release. The
7  parties anticipate that the settlement will be finalized within the month.
8  Because a provisional settlement has been reached in this matter, both parties respectfully
9  request that this Court remove the November 9, 2012 Case Management Conference from the
10 calendar.

11

12 Respectfully submitted,

13 DATED: November 2, 2012         Rachael Langston
                                  THE LEGAL AID SOCIETY—EMPLOYMENT
14                                LAW CENTER

15
                                  By:    /s/ Rachael Langston
16                                       RACHAEL LANGSTON
                                         Attorney for Plaintiff
17                                       ARTURO SANCHEZ HERNANDEZ

18

19 DATED: November 2, 2012         Peter B. Maretz
                                  STOKES ROBERTS & WAGNER
20

21
                                  By:    /s/ Peter B. Maretz
22                                       PETER B. MARETZ
                                         MEGHAN ASHLEY WHARTON
23                                       Attorney for Defendants
                                         KIMPTON HOTEL AND RESTAURANT
24                                       GROUP, LLC; KMS/FISHERMAN'S
                                         WHARF LIMITED PARTNERSHIP, KHP
25                                       LEGACY HOTELS, LLC, dba TUSCAN
                                  INN AND CAFÉ PESCATORE

26

27

28

1 **[P~~ROPOSED~~] ORDER**

2     As the parties have reached a settlement in this matter, it is hereby ordered that the Case

3 Management Conference scheduled for November 9, 2012 be removed from the Court's

4 calendar.

6 Dated: _November 8, 2012_



THE HONORABLE CHARLES R. BREYER
United States District Judge