Claudia Center, State Bar No. 158255
Jinny Kim, State Bar No. 208953
Rachael Langston, State Bar No. 257950
THE LEGAL AID SOCIETY – EMPLOYMENT LAW CENTER
180 Montgomery St, Suite 600
San Francisco, CA 94104
Phone: (415) 864-8848
Facsimile: (415) 593-0096

Attorneys for Plaintiff
Arturo Sanchez Hernandez

PETER B. MARETZ, SBN 144826
MEGHAN ASHLEY WHARTON, SBN 250498
STOKES ROBERTS & WAGNER
600 West Broadway, Suite 1150
San Diego, CA 92101
Telephone: (619) 232-4261
Facsimile: (619) 232-4840

Attorneys for Defendants Kimpton Hotel and Restaurant Group, LLC; KMS/Fisherman's Wharf Limited Partnership; and KHP Legacy Hotels, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO SANCHEZ HERNANDEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>KIMPTON HOTEL AND RESTAURANT GROUP, LLC; KMS/FISHERMAN'S WHARF LIMITED PARTNERSHIP, KHP LEGACY HOTELS, LLC, dba TUSCAN INN AND CAFÉ PESCATORE; and DOES TWO through TWENTY, inclusive,<br><br>  Defendants. | No.: CV 11 5532 CRB<br><br>~~SUBSEQUENT JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED]~~ ORDER<br><br>DATE: November 9, 2012<br>TIME: 8:30 a.m.<br>JUDGE: Hon. Charles Breyer<br>Courtroom 6 |

SUBSEQUENT JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER      Page 1

1 | The parties to the above-entitled action jointly submit this Subsequent Case Management
2 | Statement and Proposed Order.
3 | The parties hereby notify the Court that they have reached a settlement in this matter.
4 | On October 24, 2012, the parties participated in a private mediation. On October 26,
5 | 2012, the parties reached a provisional settlement agreement. At this time, the parties are in the
6 | process of drafting and negotiating the terms of the settlement agreement and release. The
7 | parties anticipate that the settlement will be finalized within the month.
8 | Because a provisional settlement has been reached in this matter, both parties respectfully
9 | request that this Court remove the November 9, 2012 Case Management Conference from the
10 | calendar.

Respectfully submitted,

DATED: November 2, 2012          Rachael Langston
                                 THE LEGAL AID SOCIETY—EMPLOYMENT
                                 LAW CENTER


                                 By:   /s/ Rachael Langston
                                       RACHAEL LANGSTON
                                       Attorney for Plaintiff
                                       ARTURO SANCHEZ HERNANDEZ


DATED: November 2, 2012          Peter B. Maretz
                                 STOKES ROBERTS & WAGNER


                                 By:   /s/ Peter B. Maretz
                                       PETER B. MARETZ
                                       MEGHAN ASHLEY WHARTON
                                       Attorney for Defendants
                                       KIMPTON HOTEL AND RESTAURANT
                                       GROUP, LLC; KMS/FISHERMAN'S
                                       WHARF LIMITED PARTNERSHIP, KHP
                                       LEGACY HOTELS, LLC, dba TUSCAN
                                       INN AND CAFÉ PESCATORE

**[~~PROPOSED~~] ORDER**

As the parties have reached a settlement in this matter, it is hereby ordered that the Case Management Conference scheduled for November 9, 2012 be removed from the Court's calendar.

Dated: __November 8, 2012__



_____
THE HONORABLE CHARLES R. BREYER
United States District Judge