1
2
3
4
5
6
7
8                     IN THE UNITED STATES DISTRICT COURT
9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11   ARTURO SANCHEZ HERNANDEZ,              No. C 11-05532 CRB

12           Plaintiff,                     **ORDER OF DISMISSAL**

13      v.

14   KIMPTON HOTEL AND RESTAURANT
     GROUP LLC,
15
             Defendant.
16   _____/

17
         The parties hereto, by their counsel, having advised the Court that they have agreed to a
18
     settlement of this case,
19
         IT IS HEREBY ORDERED that this case be dismissed without prejudice; provided,
20
     however, that if any party hereto shall certify to this Court, within thirty (30) days, with proof of
21
     service of a copy thereon on opposing counsel, that the agreed consideration for said settlement has
22
     not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be
23
     restored to the calendar to be set for trial.
24

25   Dated: November 8, 2012              _____
26                                        CHARLES  R. BREYER
                                          UNITED STATES DISTRICT JUDGE
27

28